# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2784
LT Case No. 2020-CA-935

_____

LIFESTREAM BEHAVIORIAL
CENTER, INC.,

     Petitioner,

     v.

JOHN ALLERTON, AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF JOHN ZACHARY
ALLERTON,

     Respondent.

_____

Petition for Certiorari Review of Order from the Circuit Court
for Lake County.
Michael G. Takac, Judge.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A.,
Orlando, for Petitioner.

Andrew A. Harris, of Harris Appeals, P.A., Palm Beach Gardens,
and Michael J. Brevda, of Senior Justice Law Firm, of Boca
Raton, for Respondent.

August 29, 2023

PER CURIAM.

DENIED.

JAY, KILBANE, and MACIVER, JJ., concur.

––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––